IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT TERRY and
JOHN STAFFORD                                                        PLAINTIFFS

V.                          CASE NO. 4:11-CV-0645JLH

CITY OF OLA                                                          DEFENDANT

## AGREED PROTECTIVE ORDER

Pursuant to Rule 26 of the Federal Rules of Civil Procedure and the agreement of the parties, the Court hereby enters the following Protective Order.

In order to permit Plaintiff adequate access to the information necessary to completely present his case herein, it is hereby ordered:

1. Defendant, City of Ola, Arkansas, has agreed to produce for Plaintiffs copies of the personnel files of Robert Terry and John Stafford and employee payroll information on other present and/or past police personnel, including their home addresses and information from the U.S. Department of Labor;

2. Said information shall be considered confidential;

3. The information provided hereunder shall be used for the use of Plaintiffs' counsel and none others, including the Plaintiffs themselves. The use of the confidential material may not be used for any other purpose whatsoever. Moreover, Plaintiffs may not utilize directly or indirectly any confidential records, documents, or other information relevant to the aforementioned disclosure which is made available pursuant to this Order in any other administrative complaint, proceeding, or civil action;

4. Any and all related confidential records, documents, or other information provided hereunder shall be retained in the custody of Plaintiffs' counsel only during the pendency of this litigation;

5. Plaintiffs' counsel shall not use of the aforementioned information in any manner except in the following respects:

    a.    For use in this litigation only; and

    b.    For use only by Plaintiffs' counsels, necessary personnel; and

    c.    For the destruction of all such documents at the conclusion of this litigation.

6. Plaintiffs, promptly upon completion of this litigation, or before if at such time they have no further use of the confidential information, whichever shall first occur, shall destroy any and all copies and extracts of data from such material; and

7. This Order is without prejudice to the rights of any party to make clear objection to the discovery permitted by the Federal Rules of Civil Procedure, or by any statute or other authority.

IT IS ORDERED, THIS  9th  DAY OF  February , 2012.

_____
The Honorable J. Leon Holmes
U.S. District Court Judge

APPROVED AS TO FORM:

*Sara Teague*
Sara Teague
Attorney for Defendant
City of Ola, Arkansas

*Cheslee Mahan*
Josh Sanford
Cheslee Mahan
SANFORD LAW FIRM, PLLC
303 West Main St.
P.O. Box 39
Russellville, AR 72811
Attorneys for Plaintiffs