**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

ROBERT TERRY and                                                                                          PLAINTIFFS
JOHN STAFFORD

v.                                                       NO. 4:11CV00645 JLH

CITY OF OLA                                                                                                DEFENDANT

## ORDER

Robert Terry and John Stafford commenced this action on August 23, 2011, claiming that their employer, the City of Ola, violated the Fair Labor Standards Act. On March 29, 2012, without leave of court, they filed a first amended and substituted complaint making substantially the same allegations as in the initial complaint except that claims for relief were added under the Arkansas Minimum Wage Act. The City of Ola filed a motion to strike that first amended and substituted complaint because leave of court had not been obtained as required. Robert Terry and John Stafford have filed a motion for leave to file a first amended and substituted complaint, conceding that it was improper for them to file that complaint without leave of court, but now seeking leave of court. The City of Ola opposes the motion on the ground that the case is several months old and discovery has already been conducted.

Without objection, the City of Ola's motion to strike the first amended and substituted complaint is GRANTED. Document #19.

For good cause shown, the motion for leave to file a first amended and substituted complaint is GRANTED. Document #21. The Court does not believe that any substantial prejudice will occur from permitting the amendment, so the amendment will be allowed. Robert Terry and John Stafford must file the first amended and substituted complaint within seven days from the entry of this Order.

IT IS SO ORDERED this 27th day of April, 2012.

                                                                                          _____
                                                                                           J. LEON HOLMES
                                                                                           UNITED STATES DISTRICT JUDGE